UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 08-168-GWU

WANDA MOORE,                                                                    PLAINTIFF,

VS.                                             **ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                           DEFENDANT.

* * * * * * * * * * * *

In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

IT IS HEREBY ORDERED that:

(1)    the Defendant's motion for summary judgment is GRANTED;

(2)    the Plaintiff's motion for summary judgment is DENIED; and

(3)    the administrative decision will accordingly be AFFIRMED by separate Judgment entered this same date.

This the 10th day of June, 2009.



Signed By:

*G. Wix Unthank*

**United States Senior Judge**