UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 08-168-GWU

WANDA MOORE, PLAINTIFF,

VS. **JUDGMENT**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY, DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \* \*

In compliance with Fed. R. Civ. P. 58, and pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED AND ADJUDGED that:

(1)   the administrative decision is AFFIRMED; and

(2)   the above-styled action is STRICKEN from this Court's active docket.

This the 10th day of June, 2009.



Signed By:

G. Wix Unthank

**United States Senior Judge**